# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JEROME BROWN, SR.,

    Plaintiff,

v.

DIANE SMITH, et al.,

    Defendants.

CASE NO. C19-1416 RSM

ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING CASE

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. #5).

(2)     Plaintiff's IFP application is DENIED.

(3)     Plaintiff's complaint, and this action, are DISMISSED without prejudice. In apparent response to the Report and Recommendation ("R&R"), Plaintiff filed a Civil Cover Sheet on October 4, 2019. Dkt. #6. The Court is unclear what Plaintiff believes should be gleaned from the civil case sheet. Even if the Court were to treat the filing as an objection to the R&R, it does not address the deficiencies identified in the R&R. The R&R noted, that Plaintiff's proposed complaint "does not appear to include any viable claims or basis for jurisdiction or venue in this Court" and notes that Plaintiff has filed various other frivolous actions around the country and in

this Court. Dkt. #5 at 1–2. To the extent Plaintiff's filing is intended to be an objection to the R&R, the Court finds it nonresponsive. Nevertheless, the Court has reviewed Judge Theiler's Report and Recommendation "de novo" and finds no error.

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 23rd day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE